IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TODD GREGORY LANE                                                    PLAINTIFF

v.                            No. 3:15-cv-332-DPM

JONESBORO POLICE DEPARTMENT and
CHRISTOPHER JEFFERSON, Officer,
Jonesboro Police Department                                          DEFENDANTS

ORDER

Lane hasn't paid the $400 filing and administrative fees or filed a motion to proceed *in forma pauperis*. He must do one or the other by 28 December 2015. If he doesn't, then the Court will dismiss his complaint without prejudice for failure to prosecute. LOCAL RULE 5.5(c)(2). The Court directs the Clerk to send (or re-send) Lane a copy of the application to proceed *in forma pauperis*.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

24 November 2015