IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TODD GREGORY LANE                                                PLAINTIFF

v.                            No. 3:15-cv-332-DPM

CHRISTOPHER JEFFERSON, Officer                                   DEFENDANT

ORDER

Mail sent to Lane at the Arkansas Department of Correction has been returned undeliverable. № 18. The envelope says Lane has been paroled. Lane must update his address with the Clerk by 27 May 2016. If he doesn't, then his complaint will be dismissed without prejudice for failure to prosecute. LOCAL RULE 5.5(c)(2); № 2.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 April 2016