IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TODD GREGORY LANE                                               PLAINTIFF

v.                        No. 3:15-cv-332-DPM

CHRISTOPHER JEFFERSON,
Officer, Jonesboro Police Department                            DEFENDANT

ORDER

Unopposed recommendation, № 24, adopted. Motion to dismiss, № 23, granted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Lane's complaint will be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 October 2016