IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TODD GREGORY LANE                                              PLAINTIFF

v.                           No. 3:15-cv-332-DPM

JONESBORO POLICE DEPARTMENT
and CHRISTOPHER JEFFERSON,
Officer, Jonesboro Police Department                           DEFENDANTS

JUDGMENT

Lane's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

7 October 2016